UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN RAY QUARLES,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFF ALLENBY, et al.,<br><br>    Defendants. | Case No.  14-cv-04798-JD<br><br>**ORDER OF TRANSFER** |

Plaintiff, a civil detainee, has filed a civil rights action under 42 U.S.C. § 1983. He is either committed or awaiting a determination of civil commitment pursuant to California's Sexually Violent Predators Act. *See* Cal. Welf. & Inst. Code 6600, et seq. Plaintiff is committed in Coalinga, CA which is located in the Eastern District of California. It appears that plaintiff is challenging the type of treatment that he is receiving in the Eastern District though he seeks release into an outpatient program. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).[1]

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED**.

Dated: November 14, 2014

_____
JAMES DONATO
United States District Judge

---

[1] Even if this case were construed as a challenge to plaintiff's civil commitment or the ongoing commitment proceedings, the case would be transferred as the commitment arises from San Diego County which is located in the Southern District of California.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN RAY QUARLES,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFF ALLENBY, et al.,<br><br>    Defendants. | Case No.  14-cv-04798-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 11/14/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alvin Ray Quarles
Patient No: 1734-3
P.O. Box 5003
Coalinga, CA 93210


Dated: 11/14/2014


Richard W. Wieking
Clerk, United States District Court


By *Lisa R. Clark* _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO